IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILMORE LEE WASHINGTON III,

        Plaintiff(s),

v.

JANET YELLEN, in her official capacity
as Secretary of the Dept. of Treasury,

        Defendant.

No. 3:21-cv-00333-JR

JUDGMENT

HERNÁNDEZ, District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and this action is dismissed with prejudice. Pending motions, if any, are denied as moot.

DATED: September 17, 2023.

        *Marco Hernández*
        MARCO A. HERNÁNDEZ
        United States District Judge

1 – JUDGMENT